IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**YASMIN BATES,**

**Plaintiff,**

**v.**

**DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS, DOLGENCORP
OF NEW YORK, INC., and DOLGENCORP
OF TEXAS, INC.,**

**Defendants.**                                              Case No. 10-cv-313-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's motion to stay discovery and other pretrial motions pending ruling from Multi-District Litigation Panel (Doc. 29). Specifically, Plaintiff moves the Court to stay this matter pending a ruling from the Judicial Panel on Multidistrict Litigation ("JPML") on her motion to re-open, transfer and consolidate pre-trial matters. Defendant DG Retail LLC opposes the motion (Doc. 30).[1] The Court finds it highly unlikely that the JPML will consolidate this case, along with the other similar cases filed, again in the MDL since the majority of

---

[1] Defendant DG Retail LLC states that it is the proper Defendant in this case and that the parties will enter stipulations substituting the proper party Defendant and dismissing the current Defendants. The Court notes that as of this date, the parties have not filed such stipulations.

the pretrial work is completed.  Thus, the Court **DENIES** the motion.

**IT IS SO ORDERED.**

Signed this 20th day of July, 2010.

/s/     David R Herndon

**Chief Judge
United States District Court**