IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YASMIN BATES | |
| JULIE CLOUD | No. 3:10-cv-00313-DRH-PMF |
| CLARA MARTIN | No. 3:10-cv-00314-DRH-PMF |
| LARRY NORMAN | No. 3:10-cv-00316-DRH-PMF |
| NANCY JONES | No. 3:10-cv-00317-DRH-PMF |
| SHIRLEY SAYNE-MOORE | No. 3:10-cv-00319-DRH-PMF |
| CHARLES WININGHAM | No. 3:10-cv-00320-DRH-PMF |
| | No. 3:10-cv-00322-DRH-PMF |

**Plaintiffs,**

v.

**DOLGENCORP, INC., DOLLAR GENERAL PARTNERS, DOLGENCORP OF NEW YORK, INC. and DOLGENCORP OF TEXAS, INC.,**

**Defendants.**

## O R D E R

**HERNDON, Chief Judge**

Having been advised by counsel for the parties that the above actions have been settled but that additional time is needed to consummate settlement, the Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice and without costs 60 days from the date of this Order. Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment until a later date. In light of the settlement, the Court **DENIES** all motions pending in these cases **as moot** and **VACATES** all court dates in this case.

**IT IS SO ORDERED.**

**DATED:** September 22, 2011

Digitally signed by David R. Herndon
Date: 2011.09.22 15:13:39 -05'00'

**CHIEF JUDGE**
**U.S. DISTRICT COURT**