IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**YASMIN BATES,**
      **Plaintiff,**

                    No. 3:10-cv-00313-DRH-PMF

**v.**

**DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS,
DOLGENCORP OF NEW YORK, INC.,
and DOLGENCORP OF TEXAS, INC.,**
      **Defendants.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 3, 2011, this case is **DISMISSED**  with prejudice.  Each party shall bear its own costs.

                                **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                              **BY:**      **/s/***Sandy Pannier*
                                    **Deputy Clerk**

Dated: November 4, 2011

Digitally signed by David R. Herndon
Date: 2011.11.04 10:22:12 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT